UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re SUBPOENA TO NON-PARTY
JUSTIN WORKS.

Case No. MC18-0107RSL

---------------------------------

EPIPEN MARKETING, SALES PRACTICES
AND ANTITRUST LITIGATION,
No. 17-2785DDC (D. KAN.).

ORDER TRANSFERRING CASE

This matter comes before the Court on non-party Justin Works' motion to quash subpoena (Dkt. # 1) and the accompanying motion to transfer (Dkt. # 2). The underlying multi-district litigation is pending in the United States District Court for the District of Kansas, and Mylan Inc. and Mylan Specialty L.P., who issued the subpoena, do not object to transfer under Fed. R. Civ. P. 45(f).

The unopposed motion to transfer is GRANTED. The Clerk is directed to transfer this matter to the United States District Court for the District of Kansas.

Dated this 16th day of November, 2018.

Robert S. Lasnik
United States District Judge

ORDER TRANSFERRING CASE